THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
 
 
 

v.

 
 
 
Jeremiah Douglas, Jr., Appellant.
 
 
 

 
Appeal From Pickens County
 Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2004-UP-447
Submitted July 7, 2004  Filed August 25, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Jeremiah Douglas, 
 Jr., appeals his conviction for unlawful possession of a pistol and possession 
 of a controlled substance.  Douglas argues his sentence of 90 days imprisonment, 
 $250 fine, and two years of probation is so disproportionate to the offense 
 it amounts to unconstitutional cruel and unusual punishment.  After a thorough 
 review of the record and counsels brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss Douglass appeal under Rule 220(b)(2), SCACR and grant 
 counsels motion to be relieved. [1] 
 
 APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., 
 concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.